UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

BARBARA KEILER, MONA GAY THOMAS,
and LINDA BARRETT, on behalf of
themselves and all others similarly situated,         12 Civ. 5558(WHP)

                Plaintiffs,

   v.

HARLEQUIN ENTERPRISES LIMITED, a             NOTICE OF PLAINTIFFS'
Canadian corporation; HARLEQUIN BOOKS        MOTION FOR FINAL APPROVAL
S.A., a Swiss company; and HARLEQUIN         OF CLASS ACTION SETTLEMENT
ENTERPRISES B.V., a Dutch company,

                Defendants.

----------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Affidavit of Jose C. Fraga and exhibit thereto, and all prior pleadings and proceedings in this case, the undersigned Counsel for Plaintiffs will move, before the Honorable William H. Pauley III, United States District Judge for the Southern District of New York, at 11:00 a.m., on June 30 2016, at the United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, in Courtroom 20B, or at an alternate date, time, and location to be set by the Court, for an Order granting Final Approval of the Class Action Settlement, approving the Plan of Distribution, certifying the amended Class, granting Class Counsel's previously filed Application for an Award of Attorneys' Fees, Service Awards, and Reimbursement of Expenses, and entering Final Judgment as reflected in the proposed Final Approval Order.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 16, 2016 | /s/ Michael J. Boni |

Michael J. Boni (*Pro Hac Vice*)
John E. Sindoni (*Pro Hac Vice*)
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel. (610) 822-0200
Fax (610) 822-0206
Email: MBoni@bonizack.com
          JSindoni@bonizack.com

David B. Wolf (DW-2077)
DAVIDWOLFLAW PLLC
One Grand Central Place
60 East 42nd Street, Suite 4700
New York, NY 10165
Tel. (212) 485-9808
Fax (212) 485-9809
Email: David@DavidWolfLaw.com

*Attorneys for Plaintiffs and the Class*